UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ALLIANCE GROUP SERVICES, INC. | Civil Action No. 3:02CV02080 (WWE) |
| Plaintiff, | |
| -against- | |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C., | February 6, 2004 |
| Defendant. | |

---

### **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56, defendant Grassi & Co., CPAs, P.C. ("Grassi"), hereby respectfully requests that this Court grant summary judgment in its favor on all claims asserted against it by plaintiff Alliance Group Services, Inc. ("Alliance") in Counts I through VIII of Alliance's Complaint, dated November 22, 2002. Summary judgment is appropriate because there is no genuine issue of material fact that with respect to each of these claims, or alternatively with respect to portions thereof, Alliance cannot establish one or more of the requisite elements of its cause of action and/or Alliance may not maintain the claims as a matter of law.

*Oral Argument Requested*

In support of this motion, Grassi relies on the Memorandum in Support of Defendant's Motion for Summary Judgment, the Declaration of John H. Eickemeyer and accompanying exhibits, and the Local Rule 56(a)1 Statement of Defendant Grassi & Co., CPAs, P.C., submitted concurrently herewith.

Dated: February 6, 2004                    Respectfully submitted,

                                          THE DEFENDANT-
                                          GRASSI & CO.,
                                          CERTIFIED PUBLIC ACCOUNTANTS, P.C.


By_____
   ROBERT K. CIULLA (ct04262)
   Rciulla@cd-llp.com
   Ciulla & Donofrio, LLP
   127 Washington Avenue
   P.O. Box 219
   North Haven, CT 06473
   Tel:  (203) 239-9828
   Fax: (203) 234-0379


By_____
   JOHN H. EICKEMEYER (ct-24317)
   jeickemeyer@vedderprice.com
   Vedder, Price, Kaufman & Kammholz, P.C.
   805 Third Avenue
   New York, New York  10022
   Tel: (212) 407-7700
   Fax: (212) 407-7799

-3-

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Local Rule 56(A)1 Statement of Defendant Grassi & Co., CPAs, P.C., and Declaration of John H. Eickemeyer was served on this 6th day of February, 2004, via first-class mail, postage prepaid, to the following:

Pamela M. Chambers, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, CT  06510

John Swansinger, Esq.
Ritzler, Coughlin & Swansinger, Ltd.
1001 Lakeside Avenue
1550 North Point Tower
Cleveland, Ohio  44114

                                                                                    _____
                                                                                    Robert K. Ciulla