UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| ALLIANCE GROUP SERVICES, INC., | Case No. 3:02CV02080(WWE) |
| Plaintiff | |
| v. | |
|  | February 24, 2004 |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, with the consent of the defendant, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to allow plaintiff an extension of time of thirty (30) days, to and including March 26, 2004, to file its opposition to the defendant's Motion for Summary Judgment. In support of this Motion, plaintiff states the following:

1. On February 6, 2004, defendant filed a Motion for Summary Judgment consisting of approximately forty pages as well as exhibits A-T, which total over 360 additional pages.

2. It is necessary to review over 360 pages of exhibits in order to respond to the numerous issues contained in the Motion for Summary Judgment.

3. Additionally, plaintiff resides out of state and thus additional time is needed in order to obtain affidavits of plaintiff's employees and/or former employees.

4.   Plaintiff has not sought any prior extensions in which to respond to this Motion for Summary Judgment.

5.   Plaintiff has contacted defense counsel regarding this request and John Eickmeyer, Esq. has consented to an extension to allow plaintiff to file its opposition to defendant's Motion for Summary Judgment on or before March 26, 2004.

WHEREFORE, due to the length of the Motion for Summary Judgment and exhibits, due to the time needed to obtain out of state affidavits and due to the numerous issues contained in the Motion for Summary Judgment, Plaintiff respectfully moves this Honorable Court for an extension of time up to and including March 26, 2004, in which to file its opposition to defendant's Motion for Summary Judgment.

Dated: February ___, 2004                Respectfully submitted,

**MINTZ, LEVIN, COHN, GLOVSKY AND POPEO, P.C.**

**Of Counsel:**

**RITZLER, COUGHLIN & SWANSINGER, LTD.**

John Swansinger, Esq.
1001 lakeside Avenue
1550 North Point Tower
Cleveland, Ohio 44114
(216) 241-8333 phone
(216) 241-5890 fax

By: /s/ Pamela Chambers
Pamela Chambers, Esq. (CT #418891)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510
(203) 777-8200 phone
(203) 777-7111 fax

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to respond to Defendant's Motion for Summary Judgment to be mailed via US Mail this 24th day of February 2004 to the Defense Counsel at the following addresses:

Robert K. Ciulla, Esq. (Ct 04262)
Ciulla & Donofrio, LLP
127 Washington Ave.
P.O. Box 219
North Haven, CT 06473
(203) 234-0379

And

John Eickmeyer, Esq. (Ct 24317)
Vedder Price Kaufman & Kammholz
805 Third Ave.
New York, New York 10022
(212) 407-7799

/s/ Jennifer Rubin
Jennifer Rubin