UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALLIANCE GROUP SERVICES, INC., | Case No. 3:02CV02080(WWE) |
| Plaintiff | |
| v. | |
| | February 24, 2004 |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
3-3-04

**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff, with the consent of the defendant, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to allow plaintiff an extension of time of thirty (30) days, to and including March 26, 2004, to file its opposition to the defendant's Motion for Summary Judgment. In support of this Motion, plaintiff states the following:

1. On February 6, 2004, defendant filed a Motion for Summary Judgment consisting of approximately forty pages as well as exhibits A-T, which total over 360 additional pages.

2. It is necessary to review over 360 pages of exhibits in order to respond to the numerous issues contained in the Motion for Summary Judgment.

3. Additionally, plaintiff resides out of state and thus additional time is needed in order to obtain affidavits of plaintiff's employees and/or former employees.