## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

———————————————— X
:
ALLIANCE GROUP SERVICES, INC.,     :     **CIVIL NO.: 3:02CV02080(WWE)**
:
      Plaintiff                :
:
vs.                            :
:
GRASSI & CO., CERTIFIED PUBLIC     :
  ACCOUNTANTS, P.C.,              :
:
      Defendant               :     March 26, 2004
:
———————————————— X

## NOTICE OF MANUAL FILING

Plaintiff hereby requests that the Court accept in paper form exhibits attached to the Declaration of John Swansinger in Opposition to Defendant's Motion for Summary Judgment. The exhibits, including deposition transcripts of eleven deponents, multiple expert reports and numerous other documents, are voluminous and burdensome to produce in pdf format.

                **Respectfully submitted,**

                **MINTZ, LEVIN, COHN, GLOVSKY AND POPEO, P.C.**

        By: /s/ Pamela Chambers
        **Pamela Chambers, Esq. (#21105)**
        Mintz, Levin, Cohn, Ferris,
         Glovsky and Popeo, P.C.
        Connecticut Financial Center
        157 Church Street
        New Haven, Connecticut 06510
        (203) 777-8200 phone
        (203) 777-7111 fax

**Of Counsel:**

**RITZLER, COUGHLIN
 & SWANSINGER, LTD.**

John Swansinger, Esq.
Drue Marie Skaryd, Esq.
1001 lakeside Avenue
1550 North Point Tower
Cleveland, Ohio 44114
(216) 241-8333 phone
(216) 241-5890 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice of Manual Filing to be mailed this 26th day of March to:

Robert K. Ciulla, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473-0219

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY 10022

/s/ Pamela Chambers
Pamela Chambers