**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ALLIANCE GROUP SERVICES,** | : | **3:02cv2080(WWE)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GRASSI & CO. et al.,** | : | |
| **Defendants.** | : | |

**ORDER OF TRANSFER**

The above captioned case is hereby transferred to the Honorable Ellen B. Burns. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:02cv2080(EBB). Pleadings or documents related to the aforementioned proceedings and filed in any other seat of court will be refused at the Clerk's Office and returned unfiled. See Local Rule 3(a).

SO ORDERED this 8th day of April, 2004 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior United States District Judge