UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------

ALLIANCE GROUP SERVICES, INC.

                            Plaintiff,

            -against-

GRASSI & CO., CERTIFIED PUBLIC
ACCOUNTANTS, P.C.,

                           Defendant.

Civil Action No. 3:02CV02080 (WWE)

April 8, 2004

---------------------------------------------------------

## **CERTIFICATION OF SERVICE**

       This is to certify that a copy of the Reply Memorandum in Support of Defendant's

Motion for Summary Judgment and Reply Declaration of John H. Eickemeyer in Support of

Defendant's Motion for Summary Judgment was served on this 8th day of April, 2004, via

Federal Express mail, to the following:


Pamela M. Chambers, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, CT  06510

John Swansinger, Esq.
Ritzler, Coughlin & Swansinger, Ltd.
1001 Lakeside Avenue
1550 North Point Tower
Cleveland, Ohio  44114

                                    _____
                                      ROBERT K. CIULLA (ct-04262)
                                      Rciulla@cd-llp.com
                                      Ciulla & Donofrio, LLP
                                      127 Washington Avenue, P.O. Box 219
                                      North Haven, Connecticut  06473
                                      Tel:  (203) 239-9828
                                      Fax:  (203) 234-0379