30

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALLIANCE GROUP SERVICES, INC.,     \*   Case No. 3:02CV02080(EBB) RNW

Plaintiff

v.

                                                         April 19, 2004

GRASSI & CO., CERTIFIED PUBLIC
ACCOUNTANTS, P.C.

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF ALLIANCE GROUP SERVICE INC.'S MOTION FOR LEAVE TO SUBMIT SUR REPLY TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Alliance Group Services, Inc. ("AGSi" or "Plaintiff"), by and through its undersigned counsel, and respectfully requests that this Honorable Court allow it to submit a Sur Reply to Defendant's Reply in Support of Defendant's Motion for Summary Judgment. The reason for such a request is the misrepresentation of facts and law contained in Defendant's Reply. Namely, Defendant states several times that certain of Grassi's statements are not being disputed even though these same statements have been contradicted by AGSi and are clearly in dispute! Furthermore, Grassi misrepresents the content of deposition testimony. As genuine issues of material fact remain, and reasonable minds can come to differing conclusions, Summary Judgment is inappropriate in this case. Plaintiff's proposed Sur Reply is incorporated herein and attached hereto as Exhibit A, for the convenience of the Court.

Respectfully submitted,

MINTZ, LEVIN, COHN, GLOVSKY AND POPEO, P.C.

By: /s/ Pamela Chambers
Pamela Chambers, Esq. (21105)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510
(203) 777-8200 phone
(203) 777-7111 fax

Of Counsel:

**RITZLER, COUGHLIN
 & SWANSINGER, LTD.**

John Swansinger, Esq.
Drue Marie Skaryd, Esq.
1001 lakeside Avenue
1550 North Point Tower
Cleveland, Ohio 44114
(216) 241-8333 phone
(216) 241-5890 fax