UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

——————————————— X
: 
ALLIANCE GROUP SERVICES, INC.,     :     **CIVIL NO.:  3:02CV02080(WWE)**
:
        Plaintiff,     :
:
vs.     :
:
GRASSI & CO., CERTIFIED PUBLIC     :
   ACCOUNTANTS, P.C.,     :
:
        Defendant.     :     October 28, 2004
:
——————————————— X

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Pamela M. Chambers, hereby moves this Court to withdraw her appearance on behalf of Alliance Group Services, Inc. ("Alliance") in this action.  Alliance shall continue to be represented by Jennifer B. Rubin, of the firm of Mintz Levin. This Motion has been duly served on Alliance Group Services, Inc. by certified mail pursuant to Local Rule 7(e).

                                                     _____/s/_____
                                                     Pamela M. Chambers (ct#21105)
                                                     Mintz, Levin, Cohn, Ferris, Glovsky and
                                                     Popeo, P.C.
                                                     Connecticut Financial Center
                                                     157 Church Street
                                                     New Haven, CT 06510
                                                     (203)777-8200
                                                     (203)777-7111(fax)

**CERTIFICATION**

       I hereby certify that I served a true and correct copy of the foregoing by regular mail on this 28th day of October, 2004, addressed to:

Robert K. Ciulla
Ciulla & Donofrio LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT  06473-0219

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz
806 Third Avenue
New York, NY 10022

                                                                        _____/s/_____
                                                                        Pamela M. Chambers