# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

——————————————————— X
                    :

ALLIANCE GROUP SERVICES, INC.    :    **CIVIL NO.:  3:02CV02080(WWE)**

        Plaintiff         :

                    :

    vs.              :

                    :

GRASSI & CO., CERTIFIED PUBLIC    :
  ACCOUNTANTS, P.C.        :

                    :

        Defendant        :    November 10, 2004

                    :
——————————————————— X

## APPEARANCE

Please enter the appearance of Jennifer B. Rubin, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 707 Summer Street, Stamford, Connecticut, 06901, on behalf of the plaintiff, Alliance Group Services, Inc., in the above captioned action.

PLAINTIFF
ALLIANCE GROUP SERVICES, INC.

By:_____
    Jennifer B. Rubin (ct#04983)
    Mintz, Levin, Cohn, Ferris, Glovsky and
    Popeo, P.C.
    707 Summer Street
    Stamford, CT 06901
    Telephone (203) 252-2694
    Telecopy (203) 658-1701

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following parties on this 10th day of November, 2004:

Robert K. Ciulla, Esq. (Ct 04262)
Ciulla & Donofrio, LLP
127 Washington Ave.
P.O. Box 219
North Haven, CT 06473
(203) 234-0379

and

John Eickmeyer, Esq. (Ct 24317)
Vedder Price Kaufman & Kammholz
805 Third Ave.
New York, New York 10022
(212) 407-7799

_____
Jennifer B. Rubin

2

NHN 24552v1