UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------X
:
ALLIANCE GROUP SERVICES, INC.       :   CIVIL NO.: 3:02CV02080(EBB)
:
Plaintiff                           :
:
vs.                                 :
:
GRASSI & CO., CERTIFIED PUBLIC      :
ACCOUNTANTS, P.C.                   :
:
:
Defendant                           :   May 31, 2005
:
------------------------------------X

## APPEARANCE

Please enter the appearance of Jennifer DiMarco, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 707 Summer Street, Stamford, Connecticut, 06901, on behalf of the plaintiff, Alliance Group Services, Inc., in the above captioned action, in addition to the other appearances on behalf of plaintiff in this matter.

PLAINTIFF
ALLIANCE GROUP SERVICES, INC.

By: _____
Jennifer DiMarco ct26659
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
707 Summer Street
Stamford, CT 06901
Telephone (203) 252-2694
Telecopy (203) 658-1701

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following parties on this 31st day of May, 2005:

Robert K. Ciulla, Esq. (Ct 04262)
Ciulla & Donofrio, LLP
127 Washington Ave.
P.O. Box 219
North Haven, CT 06473
(203) 234-0379

and

John Eickmeyer, Esq. (Ct 24317)
Vedder Price Kaufman & Kammholz
805 Third Ave.
New York, New York 10022
(212) 407-7799

_____
Jennifer DiMarco