UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*******************************************
                                          *
ALLIANCE GROUP SERVICES, INC.,            *   Case No. 3:02CV02080(EBB)
                                          *
                                          *
                  Plaintiff               *
       v.                                 *
                                          *
                                          *   December 14, 2005
GRASSI & CO., CERTIFIED PUBLIC            *
ACCOUNTANTS, P.C.                         *
                                          *
                  Defendant.              *
                                          *
                                          *
*******************************************
```

## MOTION TO AMEND SCHEDULING ORDER

Defendant, with the consent and on behalf of the plaintiff, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to amend the Case Management Plan and allow additional time for the filing of the Joint Trial Memorandum in the above-captioned matter. In support of this Motion, defendant states the following:

1. On December 31, 2003, this Court granted Defendant's Motion to Amend Scheduling Order dated September 15, 2003. The Court's order, *inter alia*, extended the time for the parties to file a Joint Trial Memorandum until thirty (30) days after the decision on any dispositive motions.

-2-

2. The Defendant filed a Motion for Summary Judgment on September 6, 2004 which this Court decided in a Ruling on Defendant's Motion for Summary Judgment filed on November 16, 2005.

3. The parties respectfully request an extension of time of thirty (30) days to allow the parties to prepare and file a Joint Trial Memorandum.

4. Both parties request the granting of this motion.

WHEREFORE, the parties respectfully move the Court to amend the Pretrial Scheduling Order by granting an extension of the time within which to file a Joint Trial Memorandum to and including January 17, 2006.

Dated: December 14, 2005              Respectfully submitted,

                                              THE DEFENDANT-
                                              GRASSI & CO.,
                                              CERTIFIED PUBLIC ACCOUNTANTS, P.C.

By_____
    ROBERT K. CIULLA (ct04262)
    Rciulla@cd-llp.com
    Ciulla & Donofrio, LLP
    127 Washington Avenue, P.O. Box 219
    North Haven, CT 06473
    Tel:  (203) 239-9828
    Fax: (203) 234-0379


By_____
    JOHN H. EICKEMEYER (ct-24317)
    jeickemeyer@vedderprice.com
    Vedder Price Kaufman & Kammholz, P.C.
    805 Third Avenue
    New York, New York  10022
    Tel: (212) 407-7700
    Fax: (212) 407-7799

-4-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this 14th day of December, 2005, via first-class mail, postage prepaid, to the following:

Pamela M. Chambers, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, CT  06510

John Swansinger, Esq.
Drue M. Skaryd, Esq.
Timothy P. Whitford, Esq.
Ritzler, Coughlin & Swansinger, Ltd.
1001 Lakeside Avenue
1550 North Point Tower
Cleveland, Ohio  44114

Jennifer DiMarco, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo-NY
Chrysler Center
666 Third Avenue
New York, NY  10017

Robert D. Gilbert, Esq.
Pillsbury Winthrop Shaw Pittman-CT
Financial Centre
695 E. Main Street
Bldg A - 3rd Fl
Stamford, CT  06901

Jennifer Beth Rubin, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo-Stmfd, CT
707 Summer Street
Stamford, CT  06901

_____
Robert K. Ciulla