UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ALLIANCE GROUP SERVICES, INC., | \* | Case No. 3:02CV02080(EBB) |
| Plaintiff | \* | |
| v. | \* | |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | \* | |
| Defendant. | \* | |
| | \* | January 13, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff, with the consent and on behalf of the defendant, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to amend the Case Management Plan and allow additional time for the filing of the Joint Trial Memorandum in the above-captioned matter. This is the second Motion to Amend Scheduling Order. In support of this Motion, plaintiff states the following:

1. On December 31, 2003, this Court granted Defendant's Motion to Amend Scheduling Order dated September 15, 2003. The Court's order, *inter alia*, extended the time for the parties to file a Joint Trial Memorandum until thirty (30) days after the decision on any dispositive motions.

2. The Defendant filed a Motion for Summary Judgment on September 6, 2004 which this Court decided on November 16, 2005.

3. On December 15, 2005, the parties filed a first joint request for an extension of time of thirty (30) days to file the Joint Trial Memorandum, which this Court granted.

4. The parties are currently exploring settlement and alternative dispute resolutions options which may alleviate any need for Trial in this matter.

5. Therefore, the parties respectfully request an extension of time of fourteen (14) additional days to and including January 31, 2006 to allow the parties to prepare and file a Joint Trial Memorandum.

6. Both parties request the granting of this motion.

WHEREFORE, the parties respectfully move the Court to amend the Pretrial Scheduling Order by granting an extension of the time within which to file a Joint Trial Memorandum to and including January 31, 2006.

                                PLAINTIFF
                                ALLIANCE GROUP SERVICES, INC.

                                By:_____
                                Jennifer B. Rubin (ct04983)
                                Mintz, Levin, Cohn, Ferris, Glovsky
                                  And Popeo, P.C.
                                707 Summer Street
                                Stamford, CT 06901
                                Telephone (203) 658-1700
                                Telecopy  (203) 658-1701

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was served by ECF on the following parties on this 13th day of January, 2006:

>Robert K. Ciulla, Esq. (Ct 04262)
>Ciulla & Donofrio, LLP
>127 Washington Ave.
>P.O. Box 219
>North Haven, CT 06473

>and

>John Eickmeyer, Esq. (Ct 24317)
>Vedder Price Kaufman & Kammholz
>805 Third Ave.
>New York, New York 10022



Jennifer B. Rubin