### THE UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

```
*************************************
                                    *
ALLIANCE GROUP SERVICES, INC.       *
                                    *    CIVIL ACTION
                    Plaintiff,      *    NO.  3:02 CV 02080 (EBB)
vs.                                 *
                                    *
GRASSI & CO., CERTIFIED PUBLIC      *
ACCOUNTANTS, P.C.                   *
                    Defendant       *    JANUARY 18, 2006
                                    *
*************************************
```

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case on behalf of the defendant, GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C.

                                                   THE DEFENDANT -
                                                   GRASSI & CO.,
                                                   CERTIFIED PUBLIC ACCOUNTANTS, P.C.

January 18, 2006                            By_____
                                                  PAUL M. CRAMER  (ct11908)
                                                  Pcramer@cd-llp.com
                                                  Ciulla & Donofrio, LLP
                                                  127 Washington Avenue, P.O. Box 219
                                                  North Haven, CT 06473
                                                  Tel:  (203) 239-9828
                                                  Fax:  (203)234-0379

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed this 18th day of January, 2006 to all counsel and *pro se* parties of record as follows:

Jennifer B. Rubin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
707 Summer Street
Stamford, CT  06901-1026

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz
805 Third Avenue
New York, NY  10022

_____
Paul M. Cramer

- 2 -