UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALLIANCE GROUP SERVICES, INC., | Case No. 3:02CV02080(EBB) |
| Plaintiff | |
| v. | |
| | January 30, 2006 |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, with the consent and on behalf of the defendant, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to amend the Case Management Plan and allow additional time for the filing of the Joint Trial Memorandum in the above-captioned matter. In support of this Motion, defendant states the following:

1. On December 31, 2003, this Court granted Defendant's Motion to Amend Scheduling Order dated September 15, 2003. The Court's order, *inter alia*, extended the time for the parties to file a Joint Trial Memorandum until thirty (30) days after the decision on any dispositive motions.

2. The Defendant filed a Motion for Summary Judgment on September 6, 2004 which this Court decided in a Ruling on Defendant's Motion for Summary Judgment filed on November 16, 2005.

3. On December 15, 2005, the parties jointly requested an extension of time of thirty (30) days to prepare and file the Joint Trial Memorandum, which was granted by this Honorable Court.

4. On or about January 13, 2006, the parties requested an additional extension of fourteen (14) days which was granted due to the ongoing settlement discussions.

5. Good cause exists for this request as the parties are continuing to vigorously explore settlement and alternative dispute resolutions options which may alleviate any need for Trial in this matter.

6. No Trial date has been set and therefore this motion will not delay this matter.

7. Therefore, because the parties are exploring settlement of this matter, the parties respectfully request a fourth extension of time of seven (7) additional days to allow the parties to prepare and file a Joint Trial Memorandum.

8. Both parties request the granting of this motion.

WHEREFORE, the parties respectfully move the Court to amend the Pretrial Scheduling Order by granting an extension of the time within which to file a Joint Trial Memorandum to and including February 7, 2006.

Dated: January 30, 2006                    Respectfully submitted,

                                           THE PLAINTIFF:

                                           ALLIANCE GROUP SERVICES, INC.

                                           By: _____
                                           Jennifer Rubin (CT #04983)
                                           Mintz, Levin, Cohn, Ferris,
                                           Glovsky and Popeo, P.C.
                                           Connecticut Financial Center
                                           157 Church Street
                                           New Haven, Connecticut 06510
                                           (203) 777-8200 phone
                                           (203) 777-7111 fax

                                              and

                                           John Swansinger, Esq. (CT #24333)
                                           Tim Whitford, Esq. (CT #24348)
                                           Drue Marie Skaryd, Esq. (CT #24349)
                                           Ritzler, Coughlin & Swansinger, Ltd.
                                           1360 East Ninth Street
                                           1000 IMG Center
                                           Cleveland, Ohio 44114
                                           (216) 241-8333 phone
                                           (216) 241-5890 fax

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this 30th day of January, 2006, via telecopy, to the following:

ROBERT K. CIULLA (Ct-04262)
PAUL M. CRAMER (Ct-11908)
Ciulla & Donofrio, LLP
127 Washington Avenue, P.O. Box 219
North Haven, CT 06473
Tel: (203) 239-9828
Fax: (203) 234-0379

And

JOHN H. EICKEMEYER (Ct-24317)
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
Tel: (212) 407-7700
Fax: (212) 407-7799

BY: _____
Jennifer Rubin

NYC 350020v.1