# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| ALLIANCE GROUP SERVICES, INC., | * | Case No. 3:02CV02080(EBB) |
| | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| | * | |
| | * | February 7, 2006 |
| GRASSI & CO., CERTIFIED PUBLIC | * | |
| ACCOUNTANTS, P.C. | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND SCHEDULING ORDER

Defendant, with the consent and on behalf of the plaintiff, moves this Court, pursuant to D.Conn. L.Civ.R. 7(b), to amend the Case Management Plan and allow additional time for the filing of the Joint Trial Memorandum in the above-captioned matter. In support of this Motion, defendant states the following:

1.     On December 31, 2003, this Court granted Defendant's Motion to Amend Scheduling Order dated September 15, 2003. The Court's order, *inter alia*, extended the time for the parties to file a Joint Trial Memorandum until thirty (30) days after the decision on any dispositive motions.

2.      The Defendant filed a Motion for Summary Judgment on September 6, 2004 which this Court decided in a Ruling on Defendant's Motion for Summary Judgment filed on November 16, 2005.

3.      On December 15, 2005, the parties jointly requested an extension of time of thirty (30) days to prepare and file the Joint Trial Memorandum, which was granted by this Honorable Court.

4.      On or about January 13, 2006, the parties requested an additional extension of fourteen (14) days, which was granted due to the ongoing settlement discussions.

5.      On January 30, 2006, the parties requested an additional extension of time as the parties were vigorously exploring settlement and alternative resolution options.   The Court granted an extension to February 7, 2006.

6.      Good cause exists for this request as the parties have reached a settlement in principle and the parties are presently preparing the documents to effectuate said settlement. Thus, the extension of time will alleviate the need for a trial in this matter.

7.      No trial date has been set and, therefore, this motion will not delay this matter.

8.      Therefore, because the parties have reached a settlement in principle of this matter, the parties respectfully request a fifth extension of time until February 28, 2006, to allow the parties to prepare the settlement documents and alleviate any need for trial in this matter.

9.      Both parties request the granting of this motion.

WHEREFORE, the parties respectfully move the Court to amend the Pretrial Scheduling Order by granting an extension of the time within which to file a Joint Trial Memorandum to and including February 28, 2006.

Dated: February 7, 2006                    Respectfully submitted,

THE DEFENDANT-
GRASSI & CO.,
CERTIFIED PUBLIC ACCOUNTANTS, P.C.


By_____
       PAUL M. CRAMER (ct-11908)
       Pcramer@cd-llp.com
       Ciulla & Donofrio, LLP
       127 Washington Avenue, P.O. Box 219
       North Haven, CT 06473
       Tel: (203) 239-9828
       Fax: (203) 234-0379

              and

       JOHN H. EICKEMEYER (ct-24317)
       jeickemeyer@vedderprice.com
       Vedder Price Kaufman & Kammholz, P.C.
       805 Third Avenue
       New York, New York 10022
       Tel: (212) 407-7700
       Fax: (212) 407-7799

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this 7th day of February,

2006, via first-class mail, postage prepaid, to the following:


Pamela M. Chambers, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Connecticut Financial Center
157 Church Street
New Haven, CT  06510

John Swansinger, Esq.
Drue M. Skaryd, Esq.
Timothy P. Whitford, Esq.
Ritzler, Coughlin & Swansinger, Ltd.
1360 East Ninth Street
1000 IMG Center
Cleveland, Ohio  44114

Jennifer DiMarco, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo-NY
Chrysler Center
666 Third Avenue
New York, NY  10017

Jennifer Beth Rubin, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo-Stmfd, CT
707 Summer Street
Stamford, CT  06901


_____
Paul M. Cramer