UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALLIANCE GROUP SERVICES, INC., | Case No. 3:02CV02080(EBB) |
| Plaintiff | |
| v. | |
| | March 1, 2006 |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Alliance Group Services, Inc. ("AGSi" or "Plaintiff"), by and through its undersigned counsel, and hereby dismiss the above captioned action, with prejudice, against Defendant due to a settlement having been reached between the parties as to all remaining issues. Each party to bear its own costs.

Dated: March 1, 2006              Respectfully submitted,

                                  THE PLAINTIFF:

                                  ALLIANCE GROUP SERVICES, INC.

                                  By: _____
                                  Jennifer Rubin (CT #04983)
                                  Jennifer DiMarco (CT #26659)

-2-

>Mintz, Levin, Cohn, Ferris,
>Glovsky and Popeo, P.C.
>707 Summer Street
>Stamford, Connecticut 06901
>(203) 425-4200 phone
>(203) 325-8608 fax
>
>   and
>
>John Swansinger, Esq. (CT #24333)
>Tim Whitford, Esq. (CT #24348)
>Drue Marie Skaryd, Esq. (CT #24349)
>Ritzler, Coughlin & Swansinger, Ltd.
>1360 East Ninth Street
>1000 IMG Center
>Cleveland, Ohio 44114
>(216) 241-8333 phone
>(216) 241-5890 fax

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this 1st day of March 2006, via first-class mail, postage prepaid, to the following:

ROBERT K. CIULLA
Ciulla & Donofrio, LLP
127 Washington Avenue, P.O. Box 219
North Haven, CT 06473

And

JOHN H. EICKEMEYER (ct-24317)
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, New York 10022
Tel: (212) 407-7700
Fax: (212) 407-7799

Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.

BY: _____
Jennifer Rubin
Jennifer DiMarco