UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALLIANCE GROUP SERVICES, INC., | Case No. 3:02CV02080(EBB) |
| Plaintiff | |
| v. | |
| | March 1, 2006 |
| GRASSI & CO., CERTIFIED PUBLIC ACCOUNTANTS, P.C. | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Alliance Group Services, Inc. ("AGSi" or "Plaintiff"), by and through its undersigned counsel, and hereby dismiss the above captioned action, with prejudice, against Defendant due to a settlement having been reached between the parties as to all remaining issues. Each party to bear its own costs.

Dated: March 1, 2006

Respectfully submitted,

THE PLAINTIFF:

ALLIANCE GROUP SERVICES, INC.

By: _____
Jennifer Rubin (CT #04983)
Jennifer DiMarco (CT#26659)